JS - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anthony Valdivia, an Individual and as Guardian ad Litem to E.V., an individual minor; and Q.V. an individual minor;<br><br>               Plaintiffs,<br><br>vs.<br><br>City of Banning, a municipality, Banning Police Department, et al.,<br><br>               Defendants. | Case No. 5:19-CV-01551-FMO-KK<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br>**[Fed. R. Civ. P. 41(a)(1)(ii)]**<br><br><br><br><br><br>*Honorable Fernando M. Olguin* |

Based on the parties' stipulation pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the Court orders the dismissal of this entire action, including all claims against each defendant, with prejudice. The parties bear their own fees and costs.

Dated: May 4, 2020           _____/s/_____

                                Fernando M. Olguin

                                United States District Judge